**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Joe Hand Promotions Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Zaid Tarik Alhamedany,<br><br>Defendant. | No. CV-19-00376-PHX-DMF<br><br>**ORDER** |

Pending before the Court is Plaintiff's Application for Default Judgment. (Doc. 19.) The matter was referred to Magistrate Judge Deborah M. Fine for a Report and Recommendation. (Doc. 20.) On August 23, 2019, the Magistrate Judge filed a Report and Recommendation with this Court, recommending the Court enter Default Judgment pursuant to Rule 55(b). (Doc. 20.) To date, no objections have been filed.

**I. STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on

appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

## II. DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## III. CONCLUSION

Accordingly, for the reasons set forth,

**IT IS HEREBY ORDERED** adopting the Report and Recommendation of the Magistrate Judge. (Doc. 20.)

**IT IS FURTHER ORDERED** granting Plaintiff's Application for Default Judgment. The Clerk of the Court shall enter judgment accordingly.

Dated this 12th day of September, 2019.

Honorable Stephen M. McNamee
Senior United States District Judge